# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Sarra Harbaoui Cardoso,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Hat World, et al.,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-02164-GMN-DJA<br><br>**Order** |

Before the Court is Plaintiff Sarra Harbaoui Cardoso's application to proceed *in forma pauperis* (meaning, to proceed without paying the filing fee). (ECF No. 2). Plaintiff's application is incomplete because she did not sign the affidavit portion of the form on page 1. (*Id.* at 1). The Court thus denies Plaintiff's application without prejudice.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is denied without prejudice and with leave to amend. The Clerk of Court is kindly directed to send Plaintiff the following: (1) a copy of this order; and (2) the approved long form application for a non-inmate to proceed *in forma pauperis*.[1]

**IT IS FURTHER ORDERED** that Plaintiff shall have until **February 7, 2025**, to file a renewed application to proceed *in forma pauperis* or to pay the filing fee. **Failure to comply with this order may result in the recommended dismissal of this action.**

DATED: January 8, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] This form can be found online at https://www.nvd.uscourts.gov/court-information/forms/ under Code AO 239.