# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Sarra Harbaoui Cardoso,<br><br>              Plaintiff,<br><br>    v.<br><br>Hat World, et al.,<br><br>              Defendants. | Case No. 2:24-cv-02164-GMN-DJA<br><br>**Order** |

This matter is before the Court on its review of the docket. The discovery plan and scheduling order is overdue. *See* LR[1] 26-1. The Court will therefore order the parties to meet and confer and file a stipulated discovery plan on or before January 26, 2026, if this case proceeds following the Early Neutral Evaluation ("ENE") on January 22, 2026.

**IT IS THEREFORE ORDERED** that, if this case proceeds following the ENE, the parties must meet and confer and file a stipulated discovery plan and scheduling order on or before **January 26, 2026.** The Clerk of Court is kindly directed to send Plaintiff a copy of this order.

DATED: December 5, 2025

                                                      DANIEL J. ALBREGTS
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] This refers to the Local Rules of Practice for the United States District Court for the District of Nevada, which can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/