UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Sarra Harbaoui Cardoso,

Plaintiff(s),

vs.

Hat World,

Defendant(s).

2:24-cv-02164-GMN-DJA

**ORDER REGARDING SETTLEMENT CONFERENCE**

The Settlement Judge did not receive plaintiff's confidential settlement brief as required by the 06/26/26 Order (ECF No. 34). This is the second time that plaintiff has failed to comply with the Court's settlement orders and submit her confidential settlement brief. *See* ECF No. 25.

**IT IS ORDERED** that plaintiff shall email her confidential settlement brief to the Settlement Judge by no later than **9:00 a.m., August 25, 2026**. Plaintiff must email her confidential settlement brief to Court_MDC@nvd.uscourts.gov.

**IT IS FURTHER ORDERED** that if plaintiff fails to timely comply with this order, the 8/26/26 Settlement Conference will be vacated, and plaintiff may be sanctioned.

DATED: August 20, 2026

Maximiliano D. Couvillier III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal

may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**