Kent P. Woods (NV Bar No. 12306)
kent@kwoodslaw.com
Law Office of Kent P. Woods LLC
197 E California Ave, Suite 300
T: +(702) 703-1540
F: (844) 320-6536
Las Vegas, NV 89104

Cheryl A. Sabnis (Admitted *pro hac vice*)
csabnis@vedderprice.com
VEDDER PRICE (CA), LLP
1 Post Street, Suite 2400
San Francisco, California 94105
T: +1 415 749 9500
F: +1 415 749 9502

Attorneys for Defendants
HAT WORLD, INC. (erroneously named as "Hat World Paris Saint German") and
PAUL AGUIRRE

[Additional party on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SARRA HARBAOUI CARDOSO,

Plaintiff,

v.

HAT WORLD PARIS SAINT GERMAN,

Defendant.

Case No. 2:24-cv-02164-GMN-DJA

**STIPULATION OF DISMISSAL WITH PREJUDICE**

*F.R.C.P. 41(a)(1)(A)(ii)*

Plaintiff and Defendant, by and through their undersigned legal counsel, hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this case be dismissed with prejudice with each party to bear their own attorneys' fees and costs.

Dated: September 25, 2026

VEDDER PRICE (CA), LLP

By: /s/ Cheryl A. Sabnis
Cheryl A. Sabnis

Attorneys for Defendant
HAT WORLD, INC. (erroneously named as "Hat World Paris Saint German") and PAUL AGUIRRE

Dated September 25, 2026

/s/ Sarra Harbaoui Cardoso
Sarra Harbaoui Cardoso
1842 Harvard Street, Apt. 2B
Las Vegas, NV 89030
carthagennasarah@gmail.com

In Pro Per

Dated: September 25, 2026

VEDDER PRICE (CA), LLP

By:____________________________
Cheryl A. Sabnis

Attorneys for Defendant
HAT WORLD, INC. (erroneously named as "Hat World Paris Saint German") and PAUL AGUIRRE

Dated September 25, 2026

Sarra Harbaoui Cardoso
1842 Harvard Street, Apt. 2B
Las Vegas, NV 89030
carthagenasarah@gmail.com

In Pro Per

Law Office of Robert P. Woods LLC
1597 E. California Ave, Suite 300
T: (702) 203-1540
F: (844) 326-6536
Las Vegas, NV 89104
Cheryl A. Sabnis (Admitted *pro hac vice*)
csabnis@vedderprice.com
Veddez Price (CA), LLP
1 Post Street, Suite 2400
San Francisco, California 94105
T: +1 415 749 9500
F: +1 415 749 9502
Attorneys for Defendants
HAT WORLD, INC. (erroneously named as "Hat World Paris Saint German") and PAUL AGUIRRE

[Additional party on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SARRA HARBAOUI CARDOSO,<br>Plaintiff,<br>v.<br>HAT WORLD PARIS SAINT GERMAN,<br>Defendant. | Case No.<br>2:24-cv-02164-GMN-DJA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>*F.R.C.P. 41(a)(1)(A)(ii)* |

Plaintiff and Defendant, by and through their undersigned legal counsel, hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this case be dismissed with prejudice with each party to bear their own attorneys' fees and costs.

**PROOF OF SERVICE**

I, Nicholette N. Prince, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1 Post Street, Suite 2400, San Francisco, California 94104. On October 9, 2026, I served a copy of the within document(s):

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Sarra Harbaoui Cardoso
1842 Harvard Street, Apt 2B
Las Vegas, NV 89030
carthagennasarah@gmail.com

PRO SE

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 9, 2026, at San Francisco, California.

Nicholette N. Prince
Nicholette N. Prince

**ORDER**

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice**, with each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment, (ECF No. 32), is **DENIED as moot.**

The Clerk of Court is kindly directed to close the case.

**IT IS SO ORDERED:**

**DATED** this 9 day of October, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT